# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                     **Case No. 4:19-cr-00401 KGB**

**IRVIN RUSSELL FULLER**                                                **DEFENDANT**

## **ORDER**

Before the Court is defendant Irvin Russell Fuller's motion for compassionate release (Dkt. No. 39). The government responded and filed a supplemental response in opposition to the motion for compassionate release (Dkt. Nos. 42, 46). In an Order entered December 10, 2021, the Court observed that, after Mr. Fuller filed his motion for compassionate release and the government filed its response and supplemental response to the motion, Mr. Fuller may have been released from the custody of the Bureau of Prisons ("BOP). *See* Federal Bureau of Prisons, Inmate Locator, https://www.bop.gov/inmateloc/ (last visited Dec. 7, 2021) (Dkt. No. 47). The Court directed the parties to show cause in a timely written filing why the motion for compassionate release should not be denied as moot under the circumstances (*Id.*). The government timely responded to the Order, requesting that the Court deny as moot the pending motion for compassionate release because Mr. Fuller currently is in the custody of the State of Arkansas, not federal custody (Dkt. No. 49).

For good cause shown, the Court denies as moot Mr. Fuller's pending motion for compassionate release (Dkt. No. 39).

It is so ordered this 6th day of January, 2022.

                                                              _____
                                                              Kristine G. Baker

United States District Judge